AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-08144

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Megan Goldish
was received by me on *(date)* 02/22/2019 .

☑ I personally served the summons on the individual at *(place)* via email c/o T. Andrew Horvat
on *(date)* 02/22/2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/28/2019                                       /s/ Ruth Zemel Brown

                                                       Ruth Zemel Brown, Attorney
                                                       *Printed name and title*

                                                       311 N Aberdeen, 3rd Fl, Chicago, IL 60607

                                                       *Server's address*

Additional information regarding attempted service, etc: