## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

John Velez
                              Plaintiff,

v.                                                   Case No.: 1:18−cv−08144
                                                  Honorable Edmond E. Chang

City of Chicago, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 19, 2019:

      MINUTE entry before the Honorable Marvin E. Aspen: This case has been reassigned to a different judge. The motion hearing and status hearing set for 3/21/2019 are stricken. The motion should be re−noticed before Judge Chang. Mailed notice (ags, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.