# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| John Velez, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 18-cv-8144 |
| City of Chicago; Chicago Police Officers ) | Honorable Edmond E. Chang |
| Michael R. Bocardo, Michael Dyra, John A. ) | |
| Cruz, Sam Cirone, Patrick O'Donovan, ) | |
| Kriston Kato, Bradul A. Ortiz, Michael J. ) | |
| Walsh, Victor M. Perez, D. Wolverton ) | |
| (#20014), J. Botwinski (#20392), A. ) | JURY TRIAL DEMANDED |
| Jaglowski (#20196), Sgt. D. Walsh, John ) | |
| Farrell, James Davis, John Sullivan, and ) | |
| Unknown Officers; Cook County Assistant ) | |
| State's Attorney Megan Goldfish; and Cook | |
| County, | |
| Defendants. | |

## NOTICE OF MOTION

TO: All Counsel of Record

Please take notice that on Tuesday, March 26, 2019 at 8:30AM counsel for Plaintiff shall appear before the Honorable Edmond E. Chang in his usual courtroom, at 219 South Dearborn Street in Chicago, Illinois, and present Plaintiff's Unopposed Motion for Extension of Time to Serve Defendants Wolverton and Jaglowski.

                                                RESPECTFULLY SUBMITTED,
                                                s/ Ruth Brown
                                                One of Plaintiff's Attorneys

*Attorneys for Plaintiff*
Arthur Loevy
Jon Loevy
Russell Ainsworth
Ruth Brown
Danielle Hamilton
LOEVY & LOEVY
311 North Aberdeen St., 3rd Fl.,
Chicago, IL 60607

Phone: (312) 243-5900
Fax: (312) 243-5902

Jennifer Blagg
LAW OFFICE OF JENNIFER BLAGG
1333 West Devon Ave., Suite 267
Chicago, IL 60660
Phone: (773) 859-0081
Fax: (773) 439-2863

## **CERTIFICATE OF SERVICE**

    I, Ruth Brown, an attorney, hereby certify that on March 20, 2019, I filed the foregoing Notice of Motion via the Court's CM/ECF system, thereby effecting service upon all counsel of record.

                                                      /s/ Ruth Brown