# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

John Velez
                     Plaintiff,

v.                                       Case No.: 1:18−cv−08144
                                               Honorable Edmond E. Chang

City of Chicago, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 3, 2019:

       MINUTE entry before the Honorable Edmond E. Chang: The parties have an interim agreement in place on the protective−order dispute, R. 67. The status hearing of 09/04/2019 is reset to 10/23/2019 at 9 a.m., to check on discovery and the Court will endeavor to decide the dispute before then.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.