## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| John Velez, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | |
| City of Chicago; Chicago Police Officers Michael R. Bocardo, Michael Dyra, John A. Cruz, Sam Cirone, Patrick O'Donovan, Kriston Kato, Bradul A. Ortiz, Michael J. Walsh, Victor M. Perez, D. Wolverton (#20014), J. Botwinski (#20392), A. Jaglowski (#20196), Sgt. D. Walsh, John Farrell, and Unknown Officers; Cook County Sheriff's Department Detectives James Davis and John Sullivan and Unknown Sheriff's Department Officers; Sheriff of Cook County Thomas J. Dart; Cook County Assistant State's Attorney Megan Goldish; and Cook County, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 18-cv-8144<br><br>Honorable Edmond E. Chang<br><br>JURY TRIAL DEMANDED |
|     Defendants. | ) | |

## NOTICE OF MOTION

To: Counsel of Record

    Please take notice that on Thursday, February 27, 2019, at 8:30 am, counsel for Plaintiff shall appear before Judge Chang in the courtroom usually occupied by him at 219 South Dearborn St., Chicago, Illinois, and then and there present Plaintiff's Motion to Compel Documents from the County Defendants.

RESPECTFULLY SUBMITTED:
s/ Danielle Hamilton

Arthur Loevy
Jon Loevy
Russell Ainsworth
Ruth Brown
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900

Jennifer Blagg
LAW OFFICE OF JENNIFER BLAGG
1333 W. Devon Ave., Ste. 267
Chicago, IL 60660
Phone: (773) 859-0081
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Danielle Hamilton, an attorney, hereby certify that on February 24, 2020, I filed the foregoing pleading via the Court's CM/ECF system, thereby effecting service upon all counsel of record.

/s/ Danielle Hamilton