**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

John Velez

                      Plaintiff,

v.                                       Case No.: 1:18−cv−08144
                                       Honorable Edmond E. Chang

Thomas J. Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 14, 2021:

      MINUTE entry before the Honorable Jeffrey Cole: Given the fact that the plaintiff has raised no objection to the City's Combined Motion for Leave to File Untimely Brief nunc pro tunc and for Leave to File Enlarged Brief [178], the City's Motion is granted. The City should not assume that should there be a repeat of this performance in connection with other time limits in the case, it will receive the same consideration. A review of the docket entries in this case reveals that the City could have responded long before they did. Litigants that "wait until the last minute to comply with a deadline, [ ] are playing with fire." *Spears v. City of Indianapolis,* 74 F.3d 153, 157 (7th Cir.1996). Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.