**TRANSCRIBED FROM DIGITAL RECORDING**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN VELEZ,                          )
                                     )
                Plaintiff,           )
-vs-                                 )  Case No. 18 CV 8144
                                     )
CITY OF CHICAGO, et al.,             )  Chicago, Illinois
                                     )  May 17, 2021
                Defendants.          )  10:00 a.m.
                                     )

TRANSCRIPT OF TELEPHONIC PROCEEDINGS
BEFORE THE HONORABLE JEFFREY COLE, MAGISTRATE JUDGE

TELEPHONIC APPEARANCES:

For the Plaintiff:        MS. RUTH Z. BROWN
                          Loevy & Loevy
                          311 N. Aberdeen Street
                          3rd Floor
                          Chicago, IL  60607
                          (312) 243-5900
                          E-mail:  Ruth@loevy.com

For the Defendant,
City of Chicago:          MS. ROBIN DENISE SHOFFNER
                          MR. MATTHEW JAMES McCARTER
                          Nathan & Kamionski LLP
                          33 West Monroe Street
                          Suite 1830
                          Chicago, IL  60603
                          (312) 612-1086
                          E-mail: Rshoffner@nklawllp.com

**PLEASE NOTIFY OF INCORRECT SPEAKER IDENTIFICATION**
NOTE:   USE OF A SPEAKERPHONE MAY MAKE PORTIONS
UNINTELLIGIBLE AND INAUDIBLE

Transcriber:

KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
Official Court Reporter
United States District Court
219 South Dearborn Street, Suite 1426
Chicago, Illinois  60604
Telephone:   (312) 435-5569
Kathleen_Fennell@ilnd.uscourts.gov

APPEARANCES:   (Continued)

For the Defendant
Officers:                    MS. KRISTA ELEANORE STALF
                             Borkan & Scahill, Ltd.
                             20 South Clark Street
                             Suite 1700
                             Chicago, IL  60603
                             (312) 580-1030
                             E-mail: Kstalf@borkanscahill.com

For the Cook County
Defendants:                  MS. THERESA BEROUSEK CARNEY
                             Rock Fusco & Connelly, LLC
                             321 N. Clark Street
                             Suite 2200
                             Chicago, IL  60654
                             (312) 494-1000
                             E-mail: Tcarney@rfclaw.com

For the Defendant
Goldish:                     MS. WINNEFRED A. MONU
                             O'Connor & Battle LLP
                             20 N. Clark Street
                             Suite 1600
                             Chicago, IL  60602
                             (312) 422-9400
                             E-mail: Wmonu@mokblaw.com

(Proceedings heard telephonically:)

THE COURTROOM DEPUTY: 18 CV 8144, Velez versus City of Chicago, et al.

THE COURT: Good morning, everyone. Could I ask you to state your names and who you represent, please?

MS. BROWN: Good morning, your Honor. This is Ruth Brown, representing plaintiff, John Velez.

THE COURT: Good morning.

MS. SHOFFNER: Good morning, your Honor. Robin Shoffner representing -- Robin Shoffner and Matt McCarter representing City of Chicago.

THE COURT: Okay. Good morning.

MS. STALF: Good morning, your Honor. Krista Stalf representing the defendant City of Chicago police officers.

THE COURT: All right. Good morning, everybody.

MS. CARNEY: Sorry, your Honor, Theresa Carney on behalf of the Cook County sheriff's deputies.

MS. MONU: And, good morning, your Honor. Winnefred Monu on behalf of defendant Megan Goldish.

THE COURT: Okay, good morning, everybody. Thank you all for being here.

I know I owe you two opinions. One you'll have today in the City's motion 172, and the other one in hopefully a couple of days, and I'm sorry there's any delay, but short of those two things which I'm going to get you, where are we and

how are we doing?

MS. BROWN: Your Honor, this is Ruth Brown for the plaintiff.

From our perspective, we remain on track to conclude discovery by the August 1st deadline. Both sides have been conducting a lot of depositions, issuing a lot of discovery requests.

There have been some inspections of evidence that were done and will be done in the future, and then we've been working through issues for the most part and raising the disputes with the Court as they arise.

You know, one issue has arisen between the plaintiff and defendant Goldish regarding punitive damages discovery, and so the parties have agreed to brief that before this Court. So there's going to be one motion that will be filed with the Court shortly by defendant Goldish.

THE COURT: Okay. Anything else?

MS. STALF: Your Honor, this is Krista Stalf for the defendant Chicago officers.

I would echo everything that Ms. Brown said with the following caveat. We've been doing our best to serve third-party witnesses in this matter, which we've come across some obstacles that we're trying to work through. We're doing our best to get these people served and get them in for depositions, and we'll continue to do so, and we'll keep the

Court apprised of our efforts and our accomplishments in that regard.

THE COURT: Okay. Wonderful. Well, I'm glad --

MS. SHOFFNER: Judge --

THE COURT: -- you're getting (inaudible) and that you're getting through this. I know it's very difficult.

All right. I'm sorry --

MS. SHOFFNER: Excuse me. Excuse me, your Honor?

THE COURT: Yes?

MS. SHOFFNER: This is Robin Shoffner on behalf of the City.

I just wanted to just raise a couple of issues that we anticipate.

We are in the process of trying to reach an agreement on the scope of the 26 prison phone calls, IDOT phone calls, and we are -- we've been going back and forth. I don't know that we will be able to reach a resolution, but that is something that we're spending quite a bit of time trying to resolve without the intervention of the Court.

THE COURT: What's the issue?

MS. SHOFFNER: The issue, Judge, quite frankly, is that Elsie Velez has been -- was involved with creating and representing and assisting in the defense of John Velez, making affidavits and whatnot, and we believe her phone calls are highly relevant to -- to this case, and obviously the

plaintiff maintains that the calls are, you know, personal and that we shouldn't, but we are in the process of developing the argument that at least two witnesses, two witnesses, maybe more, but there's two witnesses that will be testifying at trial that had numerous conversations with John Velez on the IDOT telephone, and we would like access to those calls.

MS. BROWN: And, your Honor, this is Ruth Brown for the plaintiff.

You know, I think it's premature to raise it with the Court, but, you know, if the Court's interested, we have offered -- first of all, the subpoena was seeking phone call records not just for this one family member who was then the wife of plaintiff, but other family members as well.

The plaintiff has offered a compromise proposal by which a third party would review the phone calls. We've offered a couple mechanisms, but basically to identify the phone calls that defendants say they want between the plaintiff and his then wife that deal with other witnesses.

You know, we made that proposal within a week of the subpoena being sent to us, and we haven't received a response yet from the defendants.

So, you know, there's been three rounds of phone call discovery in the past. In this case, they've all been by agreement after conferring with the parties, and we're hopeful this is one that also we can do by agreement. So I think it's

premature to raise at this time from the plaintiff's perspective.

THE COURT: Okay. Well, I hope you guys can resolve this and you'll continue to work together successfully as you have on certain matters at least in the past.

So let's wait and see what happens.

Okay. And I'm sorry if my delay has caused you any issues, but at least I'll have one out today, I promise you.

How about if we get together in a couple of months.

Yulonda?

THE COURTROOM DEPUTY: July, let's see, July 14th at 10:00 a.m.

THE COURT: Is that okay for everyone?

MS. BROWN: That's fine with the plaintiff, your Honor.

THE COURT: Okay.

MS. CARNEY: That's fine for the County, your Honor.

THE COURT: Wonderful.

All right. I'll see you all, I'll talk to you all then unless something comes up sooner.

Okay. Thank you.

MS. BROWN: Thank you, your Honor.

MS. SHOFFNER: Thank you, your Honor.

MS. STALF: Thank you, your Honor.

MS. CARNEY: Thank you.

(Which were all the proceedings heard.)

CERTIFICATE

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/Kathleen M. Fennell          July 8, 2021

_____          _____
Kathleen M. Fennell                        Date
Official Court Reporter