**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN VELEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 CV 8144 |
| | ) | |
| v. | ) | Judge Edmond Chang |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIES' JOINT TRIAL SCHEDULING REPORT

All parties, by their respective counsel, jointly submit the following Trial Scheduling Report pursuant to the Court's order of December 15, 2023 (Dkt. 273):

1. Estimated length of trial, including four trial days total to account for jury selection, jury addresses, and jury deliberations:

    a. Plaintiff estimates trial in this case will take 15 trial days. Defendants estimate trial in this case will take 20-25 trial days.

2. Weeks of availability to start trial between 6/17/2024 and 11/2024:

    a. Plaintiff's weeks of availability to start trial: 7/1/2024, 7/8/2024, 7/15/2024, 7/22/2024, 7/29/2024, 8/5/2024, 8/12/2024, 8/19/2024, 8/26/2024, 9/23/2024, 9/30/2024 10/7/2024, 10/14/2024, 10/21/2024, 10/28/2024, 11/4/2024, and 11/18/2024.

    b. Defendants are available during the following periods for trial: 9/2-9/16, 11/4-11/25.

1

Respectfully submitted,

| | |
|---|---|
| /s/ Ruth Brown | /s/ Kenneth Battle |
| | |
| Arthur Loevy | Kenneth M. Battle |
| Jon Loevy | Jessica Gomez-Feie |
| Russell Ainsworth | O'Connor & Battle LLP |
| Ruth Brown | 20 N. Clark St., Suite 1600 |
| Loevy & Loevy | Chicago, IL 60602 |
| 311 N. Aberdeen St., 3rd Floor | |
| Chicago, IL 60607 | ***Attorneys for Defendant Goldish*** |
| | |
| Jennifer Blagg | /s/ Joseph Hodal |
| Blagg Law | |
| 1333 W. Devon Ave., Suite 267 | Joseph Hodal |
| Chicago, IL 60660 | Cook County State's Attorney's Office |
| | 50 W. Washington St., 5th Floor |
| ***Attorneys for Plaintiff*** | Chicago, IL 60601 |
| | |
| /s/ Schneur Nathan | Theresa B. Carney |
| | James B. Novy |
| Shneur Nathan | Jay Rock |
| Avi Kamionski | Rock Fusco & Connelly, LLC |
| NATHAN & KAMIONSKI LLP | 321 N. Clark Street, |
| 33 W. Monroe, Suite 1830 | Suite 2200 |
| Chicago, IL 60603 | Chicago, Illinois 60654 |
| | (312) 494-1000 |
| Marion Moore | |
| City of Chicago Department of Law | ***Attorneys for James Davis, John Sullivan,*** |
| 30 N. LaSalle St., Suite 900 | ***Thomas Dart, and Cook County*** |
| Chicago, IL 60602 | |

***Attorney for Defendant City of Chicago***

/s/ Misha Itchhaporia

Steven Borkan
Timothy Scahill
Misha Itchhaporia
Graham Miller
Christiane Murray
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60603
***Attorneys for Defendant Officers***

## <u>CERTIFICATE OF SERVICE</u>

I, Ruth Brown, an attorney, hereby certify that on December 22, 2023, I electronically filed the above and foregoing document with the Court's CM/ECF system, which simultaneously sent an electronic copy of the same to all counsel of record.

/s/ Ruth Brown