**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN VELEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 C 8144 |
| | ) | |
| v. | ) | Hon. Judge Edmond E. Chang |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, John Velez, and Defendants, Megan Goldish, James Davis and John Sullivan, by their respective attorneys of record, that all claims related to this cause against Megan Goldish, James Davis and John Sullivan should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,

| | | |
|---|---|---|
| Russell Ainsworth | Kenneth Battle | John J. Rock |
| Ruth Brown | Michele Braun | Theresa Carney |
| Attorneys for Plaintiff | Attorneys for Defendant | Attorneys for Defendants |
| John Velez | Megan Goldish | James Davis and John Sullivan |
| Loevy & Loevy | O'Connor & Battle, LLP | Rock Fusco & Connelly, LLC |
| 311 N. Aberdeen St., 3rd Floor | 111 W. Jackson Blvd., Ste. 1700 | 333 W. Wacker Dr., 19th Floor |
| Chicago, IL 60607 | Chicago, Illinois 60604 | Chicago, Illinois 60606 |
| (312) 243-5900 | (312) 786-4600 | (312) 494-1000 |
| Attorney No. _____ | Attorney No. 6269381 | Attorney No. 6237980 |
| DATE:_____ | DATE: 1/8/2024 | DATE: 6 JAN 2024 |