IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN VELEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 CV 8144 |
| | ) | |
| v. | ) | Judge Edmond Chang |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT**
**REGARDING SETTLEMENT APPROVAL**

The parties hereby update the Court regarding the status of the settlement as follows:

1. The Plaintiff and the City Defendants signed a written settlement agreement that was subject to the approval of the City Council of the City of Chicago ("City Council").

2. The written settlement agreement was presented to City Council on July 17, 2024 but it was not approved.

3. Plaintiff requests a status with the Court regarding settlement, to determine if the City intends to resubmit the settlement agreement to the City Council. Plaintiff's position is that if the City cannot deliver settlements that have been negotiated, approved and recommended by Corporation Counsel, then the entire settlement process in the District Court is unreliable, and future negotiations will have to include members of the City Council. City Defendants do not believe a status hearing on this topic is necessary as City Council considered the settlement agreement and rejected it.

4. The Defendants propose that the Court set a status hearing the week of August 5, 2024 to set this matter for trial.

Respectfully submitted,

/s/*Russell Ainsworth*
Arthur Loevy
Jon Loevy
Russell Ainsworth
Ruth Brown
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL  60607

Jennifer Blagg
Blagg Law
1333 W. Devon Ave., Suite 267
Chicago, IL  60660

*Attorneys for Plaintiff*

/s/ *Shneur Nathan*

Shneur Nathan
Avi Kamionski
Natalie Adeeyo
Neha Locke
NATHAN & KAMIONSKI LLP
206 S. Jefferson Street
Chicago, IL 60661

*Attorneys for Defendant City of Chicago*


/s/ *Misha Itchhaporia*

Steven Borkan
Timothy Scahill
Misha Itchhaporia
Graham Miller
Christiane Murray
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL  60603
*Attorneys for Defendant Officers*

2

## **CERTIFICATE OF SERVICE**

   I, Shneur Nathan, an attorney, hereby certify that on July 19, 2024, I electronically filed the above and foregoing document with the Court's CM/ECF system, which simultaneously sent an electronic copy of the same to all counsel of record.

                      /s/*Shneur Nathan*