UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

John Velez

        Plaintiff,

v.                  Case No.: 1:18−cv−08144
                 Honorable Edmond E. Chang

City of Chicago, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 22, 2024:

   MINUTE entry before the Honorable Edmond E. Chang: (1.) On review of the status report, R. 391, the Chicago City Council did not approve the proposed settlement. Rejection of the proposed settlement is the City's prerogative and was always a known condition of the negotiated settlement. At the same time, it is highly, highly unlikely that the Court will ever postpone or vacate a pretrial or trial schedule on just a negotiated settlement in a City of Chicago case. Trial settings are a precious and rare commodity, especially four−week blocks as this one was (and will be). If the City wishes to settle in any case, then the Council will simply need to consider the settlement at the full−Council level at a sufficiently early stage to avoid expending fees on pretrial filings and a trial. Defense counsel shall communicate this to the City of Chicago Law Department so that it is on sufficient advance notice for other cases. (2.) A status hearing is set for 07/30/2024 at 10:00 a.m. At the hearing, the parties shall be prepared to set the pretrial and trial schedule. The 07/26/2024 status hearing is vacated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.