**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN VELEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 18 CV 8144** |
| | ) | |
| **v.** | ) | **Judge Edmond Chang** |
| | ) | |
| **CITY OF CHICAGO, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>JOINT STATUS REPORT</u>**

The parties hereby update the Court regarding trial scheduling as follows:

1. On September 19, 2024, this Court ordered the parties to file "a status report the earlier of (a) 12/06/2024 or (b) within three business days of changes to counsels' trial calendars to see if they would be available to advance the trial in 04/2025 or 05/2025." Dkt. 397.

2. At present, the parties remain unavailable to advance the trial to those dates because of defense counsel's trial schedule.

Respectfully submitted,

<u>/s/ Russell Ainsworth</u>

Arthur Loevy
Jon Loevy
Russell Ainsworth
Ruth Brown
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

Jennifer Blagg
Blagg Law
1333 W. Devon Ave., Suite 267
Chicago, IL 60660

***Attorneys for Plaintiff***

/s/ Shneur Nathan

Shneur Nathan
Avi Kamionski
Natalie Adeeyo
Neha Locke
NATHAN & KAMIONSKI LLP
206 S. Jefferson Street
Chicago, IL 60661

***Attorneys for Defendant City of Chicago***

/s/ Timothy Scahill

Steven Borkan
Timothy Scahill
Misha Itchhaporia
Graham Miller
Christiane Murray
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL  60603

***Attorneys for Defendant Officers***