**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN VELEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 CV 8144 |
| | ) | |
| v. | ) | Judge Edmond Chang |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PARTIES' JOINT STATUS REPORT**

All parties, by their respective counsel, submit the following Joint Status Report pursuant to the Court's order of December 10, 2024 (Dkt. 399): The parties have begun working on the pretrial order, which is due on June 2, 2025.

Respectfully submitted,

*/s/ Russell Ainsworth*

 Arthur Loevy
 Jon Loevy
 Russell Ainsworth
 Ruth Brown
 Loevy & Loevy
 311 N. Aberdeen St., 3rd Floor
 Chicago, IL  60607

 Jennifer Blagg
 Blagg Law
 1333 W. Devon Ave., Suite 267
 Chicago, IL  60660
 ***Attorneys for Plaintiff***

*/s/ Shneur Nathan*

Shneur Nathan
Avi Kamionski
NATHAN & KAMIONSKI LLP
206 S. Jefferson St.
Chicago, IL 60661
***Attorney for Defendant City of Chicago***


*/s/ Misha Itchhaporia*

Steven Borkan
Timothy Scahill
Misha Itchhaporia
Graham Miller
Christiane Murray
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL  60603
***Attorneys for Defendant Officers***